IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09cv223
(3:07cr196)

| TIMOTHY HOUSTON, | ) | |
| --- | --- | --- |
| | ) | |
| Petitioner, | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATED OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**THIS MATTER** comes before the Court upon the Petitioner's Motion to Strike Unsigned Affidavit of Haakon Thorsen." (Doc. No. 9).

Petitioner's complaint about the affidavit originally filed with the Government's Motion for Summary Judgment has been cured by the filing of an updated affidavit (Doc. No. 7).

**IT IS, THEREFORE, ORDERED** that Petitioner's Motion to Strike is DENIED as moot.

Signed: January 6, 2010

Robert J. Conrad, Jr.
Chief United States District Judge