# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Timothy Houston,

       Petitioner,                          JUDGMENT IN A CIVIL CASE

vs.                                         3:09-cv-223-RLV
                                             (3:07-cr-196)

United States of America,

       Respondent.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 22, 2010 Order.

                                                    Signed: November 22, 2010

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court